### In re PRICEPLAY, INC.

#### No. 2013–1102.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2013.

Scott M. Daniels, Westerman, Hattori, Daniels & Adrian, LLP, of Washington, DC, argued for Appellant. With him on the brief was Darrin A. Auito.

William Lamarca, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Deputy Solicitor and Stacy B. Margolies, Associate Solicitor.

REYNA, MAYER, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.